HLD-007 (Revised)                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2292
_____

In re: MICHAEL A. INGALLS, JR.,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 1-15-cv-05495)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
August 23, 2018
Before:  SMITH, Chief Judge, CHAGARES and BIBAS, Circuit Judges

(Opinion filed: September 13, 2018)
_____

OPINION[*]
_____

PER CURIAM

       In June 2018, pro se petitioner Michael Ingalls filed a mandamus petition

requesting that we direct the United States District Court for the District of New Jersey to

rule on his motion to vacate the Court's denial of his 28 U.S.C. § 2255 motion.  However,

after Ingalls filed his mandamus petition, the District Court entered an opinion and order

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

denying his motion. In light of the District Court's action, this mandamus petition no longer presents a live controversy. Therefore, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").